IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAUL ROGERS              :   CIVIL ACTION
                   :
    vs.               :
                   :   NO. 13-4868
PECO ENERGY COMPANY

O R D E R

**AND NOW, TO WIT:** This 29th day of January, 2014, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                 **MICHAEL E. KUNZ**, Clerk of Court

                 S/ Stephen J. Iannacone
    **BY:** _____
                 Stephen J. Iannacone
                 Deputy Clerk

Civ 2 (8/2000)
41(b).frm